**United States Bankruptcy Court**

**Eastern District of Pennsylvania**

IN RE:  Case No. 13-17473

**Donchez, Patrick Francis**  Chapter **13**

Debtor(s)

## CHAPTER 13 PLAN

☐ Original  ☒ Amended  Date: **April 1, 2014**.

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this plan or any motion included below must file a timely written objection. This plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the bankruptcy court. If you have a secured claim, this is notice that your lien may be voided or modified if you do not object to this plan.

**THIS PLAN DOES NOT ALLOW CLAIMS.** You must file a proof of claim to be paid under any plan that may be confirmed.

### 1. PAYMENT AND LENGTH OF PLAN

(a) Debtor shall pay $ **398.34** per **month** to the Chapter 13 Trustee for **7** months followed by **$573.41** for **53** months.
  ☒ Debtor will pay directly to the trustee
  ☐ A payroll deduction order will issue to the Debtor's employer:

(c) Other payments to trustee: Debtor shall submit to the Trustee all tax refunds received, if any, for the length of the Chapter 13 plan. The tax refunds shall be used to pay towards unsecured creditors.

(d) Total amount to be paid to Trustee shall be not less than **$ 30,529.27**

### 2. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT)

All allowed priority claims will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount |
|---|---|---|
| **Borough Of Catasauqua/Municipal Blvd** | **Taxes** | **$2,000.00** |
| **The Law Offices of Everett Cook, P.C.** | **Attorney's Fees** | **$1,000.00** |

### 3. SECURED CLAIMS:

(a) Trustee shall pay allowed secured claims.

| Creditor | Collateral | Scheduled Debt | Value | Interest Rate | Monthly Payment |
|---|---|---|---|---|---|
| | | | | | |

(b) Debtor surrenders or abandons the following collateral. Upon confirmation, the stay is lifted as to surrendered or abandoned collateral.

| Creditor | Collateral to be Surrendered or Abandoned |
|---|---|
| **None** | |

### 4. UNSECURED CLAIMS

**(a) Not Separately Classified.** Allowed non-priority unsecured claims shall be paid:
  ☒ to be distributed pro rata.
  ☐ Not less than    percent.
  ☐ Other: _____.

**(b) Separately Classified Unsecured Claims**

| Creditor | Basis for Classification | Treatment | Amount |
|---|---|---|---|
| **None** | | | |

### 5. CURING DEFAULT AND MAINTAINING PAYMENTS

(a) Trustee shall pay allowed claims for arrearages, and Trustee shall pay regular postpetition contract payments to these creditors:

| Creditor | Collateral or Type of Debt | Estimated Interest Rate Arrearage (arrearage) | Monthly Arrearage Payment | Regular Monthly Payment |
|---|---|---|---|---|
| **None** | | | | |

(b) Trustee shall pay allowed claims for arrearages, and Debtor shall pay regular postpetition contract payments directly to these creditors:

| Creditor | Collateral or Type of Debt | Estimated Interest Rate Arrearage (arrearage) | Monthly Arrearage Payment | Regular Monthly Payment |
|---|---|---|---|---|
| Loancare Servicing | Residence | $24,934.28 | | 1550.00 |

## 6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
Executory contracts and unexpired leases are assumed or rejected as follows:

| Creditor/Lessor | Property Description | Assume/Reject |
|---|---|---|
| **None** | | |

## 7. OTHER PLAN PROVISIONS AND MOTIONS
**(a) Motion to Avoid Liens under 11 U.S.C. § 522(f)**. Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Collateral | Amount of Lien to be Avoided |
|---|---|---|
| **None** | | |

**(b) Lien Retention**. Except as provided above in Section 5, allowed secured claim holders retain liens until:
☐ Liens are released at discharge.
☒ Liens are released upon payment of allowed secured claim as provided above in Section 3.
☐ Liens are released upon completion of all payments under the plan.

**(c) Vesting of Property of the Estate**. Property of the estate shall revest in Debtor:
☒ Upon confirmation
☐ Upon discharge
☐ Other: _____.

**(d) Payment Notices**. Creditors and lessors provided for above in Sections 5 or 6 may continue to mail customary notices or coupons to the Debtor or Trustee notwithstanding the automatic stay.

**(e) Order of Distribution**. Trustee shall pay allowed claims in the following order:
**Trustee Commissions**
**Other Administrative Claims**
**Priority Claims**
**Secured Claims**
**General Unsecured Claims**

**(f)    Other Plan Provisions:** Debtor is surrendering the property located at 2024 North Lehigh Avenue, Whitehall PA. By surrendering this property, Secured claims number 2, 3, 4, 5 and 6 become unsecured as to Debtor. Debtor is also surrendering the 1994 Jeep that is listed as the security interest for Claim number 7 making that claim unsecured.

Dated: **March 1, 2014**                                    */s/ Patrick Francis Donchez*
                                                             Signature of Debtor

*/s/ Everett Cook*
Signature of Attorney                                        Signature of Spouse (if applicable)